Cite as 2019 Ark. 261
# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** October 3, 2019

IN RE ARKANSAS ACCESS TO JUSTICE
COMMISSION

## PER CURIAM

Honorable Kim Bridgforth, State District Judge, of Pine Bluff is reappointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2022. The court thanks Judge Bridgforth for accepting reappointment to this important commission.

Honorable Holly Meyer of Heber Springs is appointed to the Arkansas Access to Justice Commission for a three-year term expiring on October 15, 2022. We thank Judge Meyer for her willingness to serve on this important commission.

We express our gratitude to Judge Thomas Smith, whose term has expired, for his service to the Arkansas Access to Justice Commission.